# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE REICHENBACH**<br><br>         Plaintiff,<br>  vs.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.**<br><br><br>         Defendant. | **Civil Action No.**<br><br>**4:11-cv-02034-JEJ** |
| **DAVID MANTZ**<br><br>         Plaintiff,<br>  vs.<br><br>**MONARCH RECOVERY MANAGEMENT, INC.**<br><br><br>         Defendant. | **Civil Action No.**<br><br>**4:11-cv-02084-CCC** |

## STIPULATION TO CONSOLIDATE ACTIONS

It is hereby STIPULATED and AGREED that the two above-captioned matters shall be consolidated as per the agreement of the below-listed counsel.  The case captioned as <u>Michelle Reichenbach v. Monarch Recovery Management, Inc.</u> docket no. 4:11-cv-02034-JEJ shall be the lead case for all purposes.

| | |
|---|---|
| LAW OFFICE OF TODD M. FRIEDMAN, P.C. | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C. |
| By: /s/ Cynthia Levin /27050<br>CYNTHIA LEVIN, ESQ.<br>1150 First Avenue, Ste. 501<br>King of Prussia, PA 19406<br>Attorney for Plaintiffs<br>Michelle Reichenbach and<br>David Mantz<br>Dated: February 17, 2012 | By: /s/ Ronald M. Metcho /202807<br>RONALD M. METCHO, ESQ.<br>1845 Walnut Street, 17th Floor<br>Philadelphia, PA 19146<br>Attorneys for Defendant<br>Monarch Recovery<br>Management, Inc.<br>Dated: February 17, 2012 |