# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID MANTZ,** | **Civil Action No.** |
| Plaintiff, | **4:11-cv-02084-CCC** |
| vs. | |
| **MONARCH RECOVERY MANAGEMENT, INC.,** | |
| Defendant. | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Monarch Recovery Management, Inc., makes the following disclosure:

1. Is the party a non-governmental corporate party?

    a. **YES.**

2. If the answer to Number 1 is Yes, list below any parent corporation or state that there is no such corporation.

    a. **Monarch Recovery Holdings, Inc.**

3. If the answer to Number 1 is Yes, list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

    a. **None**.

The undersigned party recognizes and understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

                          **Respectfully submitted,**

                          **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

BY:    */S/ Ronald M. Metcho, Esq./ 202807*
         RONALD M. METCHO, ESQUIRE
         1845 Walnut Street, 17th Floor
         Philadelphia, PA 19103
         Direct Dial: (215)575-2595
         Facsimile: (215) 575-0856
         rmmetcho@mdwcg.com
         Attorneys for Defendant
         Monarch Recovery Management, Inc.

Dated:  February 20, 2012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID MANTZ,**<br><br>Plaintiff,<br>**vs.**<br><br>**MONARCH RECOVERY MANAGEMENT, INC.,**<br><br>Defendant. | Civil Action No.<br><br>**4:11-cv-02084-CCC** |

## CERTIFICATE OF SERVICE

I, Ronald M. Metcho, Esquire, do hereby certify that a true and correct copy of Defendant, Monarch Recovery Management, Inc.'s, **Rule 7.1 Disclosure Statement Form** was served upon counsel of record by ECF on February 20, 2012.

        **MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN, P.C.**

    BY:   */S/ Ronald M. Metcho, Esq./ 202807*
           RONALD M. METCHO, ESQUIRE
           Attorneys for Defendant
           Monarch Recovery Management, Inc.