IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE REICHENBACH | : | No. 11cv2034 |
| Plaintiff | : | Judge Jones |
| v. | : | |
| MONARCH RECOVERY | : | |
| MANAGEMENT, INC. | : | |
| Defendant | | |

| | | |
|---|---|---|
| DAVID MANTZ | : | No. 11cv2084 |
| Plaintiff | : | Judge Jones |
| v. | : | |
| MONARCH RECOVERY | : | |
| MANAGEMENT, INC. | : | |
| Defendant | | |

## **ORDER**

AND NOW this 21st day of February, 2012, pursuant to the Stipulation to Consolidate (doc 12) said stipulation and all the contents thereof are APPROVED.

**IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to consolidate 11cv2084 into 11cv2034.

2. The Clerk of Court shall close 11cv2084.

s/ John E. Jones III
John E. Jones III
United States District Judge
